UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LEROY J. RASANEN, as Administrator of the
Estate of JOHN C. RASANEN, deceased,

                Plaintiff,                   **ORDER**
      -against-                   CV 04-1995 (JS)(ARL)

DANIEL BROWN, et al.,

                Defendants.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

Before the court is the plaintiff's letter application dated May 12, 2006 seeking an order compelling the defendants to respond to his discovery demands. Defendants have responded to the application by letter dated May 18, 2006. The application is determined as follows:

With regard to the plaintiff's request for the materials identified as items 1-4 of the Plaintiff's Demand for Document Production dated December 12, 2005, the defendants represent that all responsive documents have been provided as Enclosures 26, 29, 36, 38, 44 and 45. Accordingly, given the defendants' response, the application to compel the production of these materials is denied.

Turning next to the plaintiff's request for the materials identified as items 1-10 of the Plaintiff's Second Demand for Discovery dated February 1, 2006 as well as the April 7, 2006 request, the plaintiff has not provided the court with the demands or responses making it impossible for the court to assess this portion of the application. Accordingly, the court reserves decision on this portion of the application and the plaintiff shall electronically file these demands and responses by June 1, 2006.

Finally, the plaintiff's application with regard to the Third Demand for Discovery dated May 8, 2006 is denied as premature. Upon expiration of the thirty-day time period for the defendants' response, the plaintiff may renew his application, if necessary.

Given the plaintiff's application and the defendants' request for a final extension of the May 31, 2006 close of discovery date, the discovery deadline is extended to July 14, 2006. Any party seeking to make a dispositive motion shall take the first step in the motion process by July 31, 2006. The parties shall refer to the district judge's rules in this regard. The final conference before the undersigned is adjourned to **August 15, 2006 at 11:30 a.m.**

Dated: Central Islip, New York                   **SO ORDERED:**
       May 25, 2006

                                                                     _____/s/_____
                                                                     ARLENE R. LINDSAY
                                                                     United States Magistrate Judge