UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LEROY J. RASANEN, as Administrator of the
Estate of JOHN C. RASANEN, deceased,

                    Plaintiff,

                                          **ORDER**
        -against-                            CV 04-1995 (JS)(ARL)

DANIEL BROWN, et al.,

                    Defendants.
---------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      By letter dated February 27, 2007, the parties seek a sixth extension of the discovery deadline. The parties represent that while all fact witnesses have been deposed, there are a number of outstanding discovery items. Both parties need additional time for the completion of expert discovery and to obtain the grand jury testimony of various witnesses. In addition, the plaintiff has identified the following additional items as outstanding: (1) testing of the gun at the State Police facilities in Albany; (2) production of additional records to establish the decedent's income; and (3) production of personnel files, MRT tactics manual and telephone records by defendants pending execution of a confidentiality stipulation. The parties anticipate that these discovery items can be completed by June 1, 2007.

      The court will allow a final extension of the discovery deadline through June 1, 2007 for the limited purpose of completing the items identified above. Discovery is otherwise closed. Any party seeking to make a dispositive motion shall take the first step in the motion process by June 30, 2007. The final conference before the undersigned is adjourned to July 12, 2007 at 11:30 a.m. The proposed joint pretrial order shall be electronically filed in advance of the final conference. The parties are warned that further extension of these deadlines will not be permitted.

Dated:  Central Islip, New York                       **SO ORDERED:**
          March 1, 2007

                                                       _____/s/_____
                                                       ARLENE R. LINDSAY
                                                     United States Magistrate Judge