UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEROY J. RASANEN, as Administrator of the
Estate of JOHN C. RASANEN, deceased,

                        Plaintiff,

                                  **ORDER**
        -against-                          CV 04-1995 (RRM)(ARL)

DANIEL BROWN, et al.,

                        Defendants.
------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is a request by all parties for the release of the Grand Jury transcripts. The parties moved before Judge James Hudson in Suffolk County Court for an order unsealing the these Grand Jury transcripts. By order dated May 23, 2006, Judge Hudson determined that although "neither party has sufficiently demonstrated a compelling particularized need for pretrial disclosure of the Grand Jury proceedings . . . . [t]he witnesses who testified before the Grand Jury on October 12, 2002 are entitled to immediate disclosure of their own Grand Jury testimony." (Order at p.3, dated 5/23/06, Hudson, J.).

      Consistent with Judge Hudson decision, upon written request by a Grand Jury witness for their own Grand Jury testimony, the court will release that portion of the Grand Jury transcript. The remaining transcripts will be held until trial and will be produced in accordance with Judge Hudson's decision.

Dated:  Central Islip, New York                  **SO ORDERED:**
          May 19, 2008

                                                      _____/s/_____
                                                      ARLENE R. LINDSAY
                                                      United States Magistrate Judge